UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-02073-MWC-SK                          Date: May 29, 2026

Title:     Nisreen Aref Arif Abu Shaqra v. U.S. Department of Homeland Security, *et al.*

Present:  The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:
N/A                                              N/A

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROPERLY SERVE DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(M)**

On February 26, 2026, Plaintiff Aref Arif Abu Shaqra ("Plaintiff") filed this action under the Administrative Procedure Act ("APA") against Defendants United States Department of Homeland Security, United States Citizenship and Immigration Services, Kristi Noem, Joseph Edlow, and David Radel (collectively, "Defendants").  Dkt. # 1. Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant[.]"  Fed. R. Civ. P. 4(m) (emphasis added).  The Court will only "extend the time for service for an appropriate period" if the plaintiff demonstrates "good cause for the failure" to timely effectuate service in the first instance. *Id.*  To date, more than ninety (90) days have passed since Plaintiff filed this case.  Plaintiff has not filed any Proofs of Service to indicate that they have attempted to effectuate service on Defendants.  Nor has Plaintiff submitted any motion or statement of "good cause" demonstrating why the Court should provide for more time to serve.  *See* Fed. R. Civ. P. 4(m).

Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, as to why this case should not be dismissed without prejudice under Rule 4(m) for Plaintiff's failure to properly serve Defendant.  **By no later than June 8, 2026**, Plaintiff must show cause in **no more than four (4) pages** as to why dismissal is not warranted and why good cause exists to allow Plaintiff more time to serve

---

CV-90 (03/15)                    Civil Minutes – General

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-02073-MWC-SK                                    Date: May 29, 2026

Title:      Nisreen Aref Arif Abu Shaqra v. U.S. Department of Homeland Security, *et al.*


the Defendants in this case.  Failure to timely respond to this Order will result in dismissal of this case under Rule 4(m).

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | TJ |